693 A.2d 200

**CITY OF PHILADELPHIA**

v.

**WORKER'S COMPENSATION APPEALS BOARD (BRASTEN).**

Petition of Anthony BRASTEN.

Supreme Court of Pennsylvania.

May 16, 1997.

## ORDER

PER CURIAM.

AND NOW, this 16th day of May, 1997, the Petition for Allowance of Appeal is hereby GRANTED BUT LIMITED to the following:

Whether the Commonwealth Court erred in finding Petitioner failed to prove abnormal working conditions?